UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LUBIN,

    Plaintiff,

v.

FCA US, LLC,

    Defendant.

Case No. 23-cv-10358
Hon. Matthew F. Leitman

_____/

**ORDER TERMINATING MOTIONS**
**WITHOUT PREJUDICE (ECF Nos. 10, 13)**

Now before the Court are two motions: Plaintiff Michael Lubin's Motion for a Default Judgment (*see* Mot., ECF No. 10) and Defendant FCA US, LLC's Motion to Set Aside the Clerk's Entry of Default (*see* Mot., ECF No. 13). The parties have recently informed the Court that they have reached a settlement in this case. Accordingly, the pending motions no longer need to be resolved. The Court therefore **TERMINATES** the motions **WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126